# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONI PERRIN,

    Plaintiff,

v.

DILLARD'S INC. and DILLARD'S STORE SERVICES, INC.,

    Defendants.

Case No. 3:17-cv-00201-JPG-MAB

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties in this case have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 57.) That Rule calls for the dismissal of a case if the parties file a stipulation of dismissal signed by all parties who have appeared. Having met the requirements of the Rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: APRIL 25, 2019**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**